UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
FARQUHARSON, SHEILA ANN

Case No.  09-23562 DSO
Chapter 7
HON. Daniel S. Opperman

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO:  CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a).  The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Food Pride | #4 | $2.20 |

Dated:  October 14, 2010

*/s/ Karen E. Evangelista (P36144)*
KAREN E. EVANGELISTA, Trustee
439 S. Main St., Suite 250
Rochester, MI  48307
(248) 652-7992
Kee1008_tee@sbcglobal.net